# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PENNY ALEXANDRA JACKSON, § | |
|    *Plaintiff,* § | |
| § | |
| v. § | CASE NO. 3:24-cv-495 |
| § | |
| UNIVERSITY OF TEXAS § | |
| SOUTHWESTERN MEDICAL § | |
| CENTER SCHOOL OF MEDICINE, § | |
|    *Defendant.* § | |

### INDEX OF STATE COURT DOCUMENTS

The following documents comprise all process, pleadings, and orders[1] in the state court suit:

| Date | Document | Exhibit |
|---|---|---|
| 01/02/2024 | Plaintiff's Original Petition | C |
| 01/08/2024 | Civil Citation Issued to UT Southwestern | D |
| 02/07/2024 | Civil Citation Served on UT Southwestern | E |
| 02/29/2024 | Defendant UT Southwestern's Original Answer to Plaintiff's Original Petition | F |

---

[1] No orders have been entered in the state court suit.