# EXHIBIT B

## Case Information

DC-24-00001 | PENNY ALEXANDA JACKSON vs. UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER SCHOOL OF MEDICINE

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| DC-24-00001 | 191st District Court | SLAUGHTER, GENA |
| **File Date** | **Case Type** | **Case Status** |
| 01/02/2024 | OTHER (CIVIL) | OPEN |

## Party

**PLAINTIFF**
JACKSON, PENNY ALEXANDA

**Active Attorneys** ▼
Lead Attorney
HOWLAND, MARIANNE
Retained

**DEFENDANT**
UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER SCHOOL OF MEDICINE

## Events and Hearings

01/02/2024 NEW CASE FILED (OCA) - CIVIL

01/02/2024 ORIGINAL PETITION ▼

ORIGIINAL PETITION

01/02/2024 ISSUE CITATION ▼

ISSUE CITATION UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER

01/08/2024 CITATION ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER SCHOOL OF MEDICINE

## Financial

JACKSON, PENNY ALEXANDA

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $358.00 |
| | Total Payments and Credits | | | $358.00 |
| 1/2/2024 | Transaction Assessment | | | $358.00 |
| 1/2/2024 | CREDIT CARD - TEXFILE (DC) | Receipt # 002-2024-DCLK | Jackson, Penny Alexandra | ($221.00) |
| 1/2/2024 | STATE CREDIT | | | ($137.00) |

## Documents

ORIGIINAL PETITION
ISSUE CITATION UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER