IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PENNY ALEXANDRA JACKSON, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 3:24-cv-495 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| SOUTHWESTERN MEDICAL | § | |
| CENTER SCHOOL OF MEDICINE, | § | |
|    *Defendant.* | § | |

## DEFENDANT'S NOTICE OF RELATED CASE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Local Civil Rules 3.3(b) and 81.1(a)(3), Defendant The University of Texas Southwestern Medical Center ("UT Southwestern") hereby provides notice of the following civil action:

*In re Penny Alexandra Jackson*, Cause No. DC-22-14217, In the 114th Judicial District Court of Dallas County, Texas. The Presiding Judge is District Judge Eric Moyé. The court granted (in part) Plaintiff's petition for pre-suit discovery under Texas Rule of Civil Procedure 202. Plaintiff's filing of the instant litigation (the case being removed to this Court) effectively mooted the Rule 202 petition.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

    */s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
*Lead Attorney*
Texas Bar No. 24075241
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Marianne Howland
DUFFEE + EITZEN LLP
4311 Oak Lawn Avenue, Suite 600
Dallas, Texas 75219
(214) 416-9010 – Phone
(214) 416-9005 – Fax
marianne@d-elaw.com

Marianne Howland
Howland Shake Law
17304 Preston Road, Suite 800
Dallas, TX 75252
(469) 371-4282 – Phone
marianne@howlandshakelaw.com

*Counsel for Plaintiff*

                                        */s/ Benjamin S. Walton*
                                        **BENJAMIN S. WALTON**
                                        Assistant Attorney General