UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PENNY ALEXANDRA JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER SCHOOL OF MEDICINE<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:24-CV-0495-X |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 43). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DENIES** Jackson's motion for relief from judgment. (Doc. 39).

**IT IS SO ORDERED** this 16th day of November, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE